**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00185-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

LEILA M. McCOY,

      Plaintiff,

v.

EL PASO COUNTY DEPT. OF HUMAN SERVICES,
RICHARD BENGTSSON, Individually and in his Professional Capacity,
COLORADO DEPARTMENT OF HUMAN SERVICES,
EL PASO COUNTY DISTRICT ATTORNEY,
SAMMOREYAN BURNEY, Individually and in her Professional Capacity,
EL PASO COUNTY FRAUD INVESTIGATION UNIT,
SHAWN SOUTHARD, Individually and in her Professional Capacity, and
BRADLEY BUTZIN, Individually and in his Professional Capacity,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff Leila McCoy currently resides in Colorado Springs, Colorado.   On

January 25, 2016, she submitted a Complaint, ECF No. 1, and an Application to Proceed

in District Court Without Prepaying Fees or Costs (Long Form), ECF No. 3.   As part of

the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that

the submitted documents are deficient as described in this Order.   Plaintiff will be

directed to cure the following if she wishes to pursue her claims.   Any papers that Plaintiff

files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ____        is not submitted
(2) ____        is not on proper form (must use the current Court-approved form)
(3) _X_        is missing original signature by Plaintiff
(4) ____        is missing affidavit

(5) ____   affidavit is incomplete
(6) ____   affidavit is not properly notarized
(7) ____   names in caption do not match names in caption of complaint, petition or
            application
(8) ____   other:

**Complaint or Petition**:

(9) ____    is not submitted
(10) ____   is not on proper form (must use the Court's current form)
(11) ____   is missing an original signature by the Plaintiff
(12) ____   is incomplete
(13) ____   uses et al. instead of listing all parties in caption
(14) ____   names in caption do not match names in text of Complaint
(15) ____   addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(16) ____   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days**

**from the date of this Order**.   Any papers that Plaintiff files in response to this Order

must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in

filing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long

Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form

to cure the above noted deficiency.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within**

**thirty days from the date of this Order** the action will be dismissed without further

notice.

DATED January 26, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge